IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ODESIUS LACHARLES BRYANT, )
)
Plaintiff, )
)
v. )   CIVIL CASE NO. 2:21-cv-637-ECM
)
THOMAS HUGGHINS, *et al.*, )
)
Defendants. )

## MEMORANDUM OPINION and ORDER

On June 12, 2024, the Magistrate Judge entered a Recommendation (doc. 34) to which no timely objections have been filed.  Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED as follows:

1.     The Recommendation of the Magistrate Judge (doc. 34) is ADOPTED;

2.     The Defendants' answer and special report (doc. 26) is construed as a motion to dismiss, and the motion to dismiss (doc. 26) is GRANTED to the extent that the claims against Defendants Turman and Hugghins are DISMISSED without prejudice pursuant to 42 U.S.C. § 1997e(a) for failure to exhaust administrative remedies;

3.     The claims against Defendant Spicer are DISMISSED without prejudice pursuant to Federal Rule of Civil Procedure 4(m) and for the Plaintiff's failure to comply with the Court's Orders and to prosecute this action against Defendant Spicer;

4.     The claims against the Covington County Jail are DISMISSED with prejudice pursuant to 28 U.S.C. § 1915A(b)(1);

5.      This case is DISMISSED.

A separate Final Judgment will be entered.

DONE this 8th day of July, 2024.

                              /s/ Emily C. Marks
                        EMILY C. MARKS
                        CHIEF UNITED STATES DISTRICT JUDGE